**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VINCENT PAUL BAVUSO, JR.<br>TRACEY LEE BAVUSO<br>        Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:14-24665<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| February 25, 2020 | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/26/2014 and confirmed on 3/2/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 191,063.00 |
| Less Refunds to Debtor | 1,783.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 189,279.86 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,000.00 | |
|    Trustee Fee | 7,859.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,859.98 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE | 0.00 | 119,255.09 | 0.00 | 119,255.09 |
|     Acct: 1226 | | | | |
|   US BANK TRUST NA - TRUSTEE | 6,751.22 | 6,751.22 | 0.00 | 6,751.22 |
|     Acct: 1226 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5186 | | | | |
|   M & T BANK | 22,957.00 | 22,957.00 | 3,401.04 | 26,358.04 |
|     Acct: 4873 | | | | |
|   ONE MAIN FINANCIAL(*) | 11,988.41 | 11,988.41 | 2,052.70 | 14,041.11 |
|     Acct: 0540 | | | | |
| | | | | 166,405.46 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VINCENT PAUL BAVUSO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VINCENT PAUL BAVUSO, JR. | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VINCENT PAUL BAVUSO, JR. | 1,283.14 | 1,283.14 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 1,838.57 | 1,838.57 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX7-18 | | | | |
|   RICE AND ASSOCIATES | 1,161.43 | 1,161.43 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXX0-19 | | | | |
|   EQUITABLE GAS CO(*) | 0.00 | 6,983.83 | 0.00 | 6,983.83 |
|     Acct: 1153 | | | | |
|   CITIBANK NA - TRUSTEE CMLTI ASSET T | 450.00 | 450.00 | 0.00 | 450.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|     Acct: 1226 | | | | |
| | | | | 7,433.83 |
| **Unsecured** | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 410.49 | 32.01 | 0.00 | 32.01 |
|     Acct: 2339 | | | | |
|     CAVALRY SPV I LLC - ASSIGNEE** | 2,532.41 | 197.47 | 0.00 | 197.47 |
|     Acct: 2239 | | | | |
|     CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0566 | | | | |
|     CAVALRY SPV I LLC - ASSIGNEE(*) | 781.20 | 60.92 | 0.00 | 60.92 |
|     Acct: 4010 | | | | |
|     CAVALRY SPV I LLC - ASSIGNEE** | 717.07 | 55.91 | 0.00 | 55.91 |
|     Acct: 3238 | | | | |
|     CAVALRY SPV I LLC - ASSIGNEE(*) | 497.69 | 38.80 | 0.00 | 38.80 |
|     Acct: 6268 | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9991 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 2,275.55 | 177.44 | 0.00 | 177.44 |
|     Acct: 1975 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 1,940.78 | 151.33 | 0.00 | 151.33 |
|     Acct: 7755 | | | | |
|     DELL FINANCIAL SERVICES LLC | 2,316.19 | 180.61 | 0.00 | 180.61 |
|     Acct: 2499 | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 325.62 | 25.39 | 0.00 | 25.39 |
|     Acct: 8959 | | | | |
|     PREMIER BANKCARD LLC; JEFFERSON ( | 348.39 | 27.16 | 0.00 | 27.16 |
|     Acct: 4596 | | | | |
|     PREMIER BANKCARD LLC; JEFFERSON ( | 332.70 | 25.95 | 0.00 | 25.95 |
|     Acct: 1630 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 2,248.50 | 175.33 | 0.00 | 175.33 |
|     Acct: 2524 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 310.00 | 24.17 | 0.00 | 24.17 |
|     Acct: 4834 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 1,919.28 | 149.65 | 0.00 | 149.65 |
|     Acct: 8391 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 237.58 | 18.53 | 0.00 | 18.53 |
|     Acct: 0394 | | | | |
|     MARCIA BABIAK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 2,061.01 | 160.72 | 0.00 | 160.72 |
|     Acct: 1687 | | | | |
|     GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1687 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4968 | | | | |
|     M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4873 | | | | |
|     PA AMERICAN WATER(*) AKA AMERICAN | 132.46 | 10.33 | 0.00 | 10.33 |
|     Acct: 3638 | | | | |
|     HARLEY DAVIDSON CREDIT CORP* | 883.23 | 68.87 | 0.00 | 68.87 |
|     Acct: 5186 | | | | |
|     EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     JOSEPH A. DESSOYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,580.59 |

TOTAL PAID TO CREDITORS                                                                                175,419.88

```
TOTAL
CLAIMED                450.00
PRIORITY            41,696.63
SECURED             20,270.15
```

Date: 02/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    VINCENT PAUL BAVUSO, JR.
    TRACEY LEE BAVUSO
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-24665

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                              BY THE COURT:

                                                              _____
                                                               U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24665-CMB
Vincent Paul Bavuso, Jr.                                                  Chapter 13
Tracey Lee Bavuso
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: pdf900         Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
```
db/jdb         +Vincent Paul Bavuso, Jr.,    Tracey Lee Bavuso,    733 Ellen Street,    Monongahela, PA 15063-1319
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Household Finance Consumer Discount Co,    14841 Dallas Pkwy #300,    Dallas, TX 75254-7883
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              U.S. Bank Trust National Association, not in its i,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
13960658       +Bby/cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13960659       +Cap One - GM Card,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14016388       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
                 Tucson, AZ 85712-1083
13960664       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15121085        Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX 75381-4609
13967794       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13960668       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13960669       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13971170       +HSBC MORTGAGE SERVICES, INC.,    P.O. BOX 21188,    EAGAN, MINNESOTA 55121-0188
13970357       +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, TX 75001-9013
13986042        M&T BANK,    PO BOX 1508,   BUFFALO, NY 14240-1508
13960677        M&t Credit Services Ll,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
13960678       +Marcia Babiak,    118 Elmcrest Avenue,    Monongahela, PA 15063-1123
15170186        U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,,
                 Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:17:19
                 PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
13960660       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 03:16:19      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,   Salt Lake City, UT 84130-0285
13991697       +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:10:59      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13960665       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 29 2020 03:16:26      Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13960667        E-mail/PDF: DellBKNotifications@resurgent.com Feb 29 2020 03:18:11      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    Po Box 81577,   Austin, TX 78708
13960671       +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:16:10      GECRB/American Eagle,
                 Attn:Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13960672       +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:17:00      GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
13960673       +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:17:51      GECRB/Sams Club,
                 Gecrb/Sams Club,    Po Box 103104,   Roswell, GA 30076-9104
13960674       +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:16:09      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
13960675       +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 29 2020 03:11:26      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,   Carson City, NV 89721-2048
14268462       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 29 2020 03:11:49
                 LSF9 MASTER PARTICIPATION TRUST,    c/o CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
14014523        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:18:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13960679       +E-mail/PDF: cbp@onemainfinancial.com Feb 29 2020 03:17:46      Onemain Financial,
                 2 North Main Street,    Washington, PA 15301-4508
14017222        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:17:19
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14135739        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:17:16
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
13993396       +E-mail/Text: csc.bankruptcy@amwater.com Feb 29 2020 03:11:43      Pa. American Water,
                 PO Box 578,   Alton, IL 62002-0578
13986823       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 29 2020 03:10:48      Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
13960682        E-mail/PDF: cbp@onemainfinancial.com Feb 29 2020 03:17:46      Springleaf,    Po Box 742536,
                 Cincinnati, OH 45274
13973475        E-mail/PDF: cbp@onemainfinancial.com Feb 29 2020 03:16:56      Springleaf Financial Services,
                 PO Box 3251,   Evansville, IN 47731
13960680       +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:16:09      Sams Club,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
13960681       +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:16:09      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
                                                                                               TOTAL: 21
```

```
District/off: 0315-2            User: dric                  Page 2 of 2                  Date Rcvd: Feb 28, 2020
                                Form ID: pdf900             Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp. Successor to Eaglemar
cr              LSF8 Master Participation Trust
cr              LSF9 MASTER PARTICIPATION TRUST
cr              LSF9 Master Participation Trust etal
cr*             U.S. Bank Trust National Association
cr*             Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
13960661*      +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
13960662*      +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
13960663*      +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
13960666*      +Credit One Bank,    Po Box 98873,    Las Vegas, NV 89193-8873
13986664*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13960670*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14151383*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
13960676      ##+HFC/Beneficial Mtg Services,    Attn: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1058
                                                                                             TOTALS: 5, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Vincent Paul Bavuso, Jr. ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Tracey Lee Bavuso ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E
               bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust etal
               jschalk@barley.com, sromig@barley.com
              Martin A. Mooney    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
               Savings Bank kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Debtor Vincent Paul Bavuso, Jr. niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Tracey Lee Bavuso niclowlgl@comcast.net
              Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust etal pawb@fedphe.com
                                                                                             TOTAL: 13
```