**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   VINCENT PAUL BAVUSO, JR.
   TRACEY LEE BAVUSO
      Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:14-24665

Chapter 13

Document No.:    104

**ENTERED BY DEFAULT**

ORDER OF COURT

  AND NOW, this ___14th___ day of ___April___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
4/14/20 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-24665-CMB
Vincent Paul Bavuso, Jr.                                              Chapter 13
Tracey Lee Bavuso
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: nsha                  Page 1 of 2                  Date Rcvd: Apr 14, 2020
                              Form ID: pdf900             Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
```
db/jdb         +Vincent Paul Bavuso, Jr.,   Tracey Lee Bavuso,    733 Ellen Street,    Monongahela, PA 15063-1319
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Household Finance Consumer Discount Co,    14841 Dallas Pkwy #300,    Dallas, TX 75254-7883
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              U.S. Bank Trust National Association, not in its i,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
13960658       +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13960659       +Cap One - GM Card,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14016388       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
                 Tucson, AZ 85712-1083
15121085        Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX 75381-4609
13967794       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13960668       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13960669       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13971170       +HSBC MORTGAGE SERVICES, INC.,    P.O. BOX 21188,    EAGAN, MINNESOTA 55121-0188
13970357       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
13986042        M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13960677        M&t Credit Services Ll,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
13960678       +Marcia Babiak,    118 Elmcrest Avenue,    Monongahela, PA 15063-1123
15170186        U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,,
                 Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 04:28:28
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13960660       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 04:28:22      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
13991697       +E-mail/Text: bankruptcy@cavps.com Apr 15 2020 04:26:16      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13960665       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 15 2020 04:27:51      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13960667        E-mail/PDF: DellBKNotifications@resurgent.com Apr 15 2020 04:28:28      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    Po Box 81577,    Austin, TX 78708
13960671       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:28:20      GECRB/American Eagle,
                 Attn:Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13960672       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:28:56      GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13960673       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:27:45      GECRB/Sams Club,
                 Gecrb/Sams Club,    Po Box 103104,    Roswell, GA 30076-9104
13960674       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:28:22      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13960675       +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 15 2020 04:26:27      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
13960664        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 15 2020 04:27:47      Chase,    Po Box 15298,
                 Wilmington, DE 19850
14268462       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 15 2020 04:26:40
                 LSF9 MASTER PARTICIPATION TRUST,    c/o CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
14014523        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 04:28:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13960679       +E-mail/PDF: cbp@onemainfinancial.com Apr 15 2020 04:28:55      Onemain Financial,
                 2 North Main Street,    Washington, PA 15301-4508
14017222        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 04:29:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14135739        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 04:27:58
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13993396       +E-mail/Text: csc.bankruptcy@amwater.com Apr 15 2020 04:26:37      Pa. American Water,
                 PO Box 578,    Alton, IL 62002-0578
13986823       +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 15 2020 04:26:12      Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13960682        E-mail/PDF: cbp@onemainfinancial.com Apr 15 2020 04:28:52      Springleaf,    Po Box 742536,
                 Cincinnati, OH 45274
13973475        E-mail/PDF: cbp@onemainfinancial.com Apr 15 2020 04:27:43      Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
13960680       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:29:00      Sams Club,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13960681       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:28:56      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0315-2          User: nsha             Page 2 of 2                   Date Rcvd: Apr 14, 2020
                              Form ID: pdf900        Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                    TOTAL: 22

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp. Successor to Eaglemar
cr              LSF8 Master Participation Trust
cr              LSF9 MASTER PARTICIPATION TRUST
cr              LSF9 Master Participation Trust etal
cr              U.S. Bank Trust National Association
cr*             Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
13960661*      +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
13960662*      +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
13960663*      +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
13960666*      +Credit One Bank,    Po Box 98873,    Las Vegas, NV 89193-8873
13986664*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13960670*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14151383*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
13960676     ##+HFC/Beneficial Mtg Services,    Attn: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1058
                                                                                 TOTALS: 5, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Vincent Paul Bavuso, Jr. ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Tracey Lee Bavuso ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E
               bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust etal
               jschalk@barley.com, sromig@barley.com
              Martin A. Mooney    on behalf of Creditor    Harley-Davidson Credit Corp. Successor to Eaglemark
               Savings Bank kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Debtor Vincent Paul Bavuso, Jr. niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Tracey Lee Bavuso niclowlgl@comcast.net
              Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust etal pawb@fedphe.com
                                                                                             TOTAL: 13